O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD JOHNSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. CV 13-3473-JGB (KK) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the filings by the parties, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered (1) reversing the Commissioner's decision; and (2) remanding this action for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

Dated: October 22, 2014        _____
                                                  HONORABLE JESUS G. BERNAL
                                                  UNITED STATES DISTRICT JUDGE