O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD JOHNSON, JR., ) | Case No. CV 13-3473-JGB (KK) |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security, ) | |
| Defendant. ) | |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter is REMANDED for further administrative proceedings consistent with the Court's Memorandum Decision and Order filed contemporaneously with the filing of this Judgment.

Dated: October 22, 2014

_____
HON. JESUS G. BERNAL
United States District Judge